AO 247 (Rev. 11/11:CASD 05/15)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 22-cr-01694-RSH |
| Sajith Gilberto Murray ) | USM No: 09324510 |
| ) | |
| Date of Original Judgment: 05/12/2023 ) | |
| Date of Previous Amended Judgment: ) | Stephen D. Lemish |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **30** months **is reduced to** **24**.

Except as otherwise provided, all provisions of the judgment dated **05/12/2023** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 01/05/2024

*Judge's signature*

Effective Date: 02/01/2024   HON. ROBERT S. HUIE, UNITED STATES DISTRICT JUDGE
*(if different from order date)*   *Printed name and title*